IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW G. MORRISON, and others similarly situated, | : Civil Action No. 08-00410 |
| | : Judge Gary L. Lancaster |
| Plaintiffs, | : |
| vs. | : *ELECTRONICALLY FILED* |
| BOROUGH OF WILKINSBURG, PENNSYLVANIA, | : |
| Defendant. | : |

**ORDER**

AND NOW, this 23rd day of September, 2008, upon consideration of the *Joint Motion to Participate in Initial Rule 16 Scheduling Conference Via Telephone Conference*, and any response thereto, IT IS HEREBY ORDERED that the motion is GRANTED and the Initial Rule 16 Scheduling Conference, scheduled for October 14, 2008 at 11:00 a.m., will now be held by telephone. The Court will initiate the conference call. Counsel shall contact chambers and provide their direct dial telephone numbers for this date and time.

BY THE COURT

_____
Gary L. Lancaster
United States District Court Judge

{DocNo=00086432.1}